# United States District Court
# For The Western District of North Carolina
# Asheville Division

THOMAS RAY,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                             1:10cv175

HSBC BANK, N.A.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/3/2011 Order.

Signed: January 3, 2011

Frank G. Johns, Clerk
United States District Court